THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUEL MALDONADO, Also Known as MANUEL McDONALD, Appellant.— Judgment of the County Court of Kings county convicting the appellant of assault in the third degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

RONNOC CONTRACTING CO., INC., MORTIMER POLSTEIN, MAX RUBINSON and IRVING I. WEINER, Appellants, v. BANK OF HICKSVILLE, Respondent, Appellant, and SAM J. KELLNER, SAM KELLNER, INC., and ROSE KELLNER, Impleaded Defendants, Respondents.— In an action for conversion to recover from defendant Bank of Hicksville the proceeds of thirty-five checks drawn to the order of the corporation plaintiff because the bank cashed the checks upon the indorsement of the corporation's president, alleged to be unauthorized, judgment dismissing the complaint and dismissing the cross-complaint of the bank against the impleaded defendants Kellner at the close of plaintiffs' case unanimously affirmed, in so far as appealed from, with costs to defendant bank against plaintiffs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Close, JJ.

SCARSDALE NATIONAL BANK & TRUST COMPANY, Respondent, v. COUNTY OF WESTCHESTER, TOWN OF SCARSDALE, VILLAGE OF SCARSDALE and BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF SCARSDALE, Appellants.— On separate appeals (a) by defendant county and (b) by defendants town, village and board of education, from orders entered in the Supreme Court, Special Term, Westchester county, denying separate motions for dismissal of the complaint as not stating facts sufficient to constitute a cause of action, orders affirmed, with ten dollars costs and disbursements against all appellants jointly. Defendant may answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

SCARSDALE NATIONAL BANK & TRUST COMPANY, Respondent, v. COUNTY OF WESTCHESTER and TOWN OF SCARSDALE, Appellants.— On separate appeals by defendants county and town from orders entered in the Supreme Court, Special Term, Westchester county, denying separate motions for dismissal of the complaint as not stating facts sufficient to constitute a cause of action, orders affirmed, with ten dollars costs and disbursements against appellants jointly. Defendants may answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

CHARLES SCHOONMAKER, Respondent, v. THE CITY OF NEW YORK, Appellant.— In an action for damages for personal injuries by reason of a fall upon snow and ice negligently permitted to remain on a sidewalk so as to constitute a dangerous condition in that the snow and ice became hard and rutty, forming a gully into which the plaintiff slipped and fell, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.